[No. 65167-6-I. Division One. May 16, 2011.]

ANGELA HARRIS, *Appellant*, v. PROVIDENCE EVERETT MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-26959-9, Laura C. Inveen, J., entered March 18, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 65548-5-I. Division One. May 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MORRIS BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00777-7, Eric Z. Lucas, J., entered May 18, 2010. *Dismissed* by unpublished per curiam opinion.

[No. 65807-7-I. Division One. May 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. A.Z., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-00219-9, Steven C. Gonzalez, J., entered July 16, 2010. *Remanded with instructions* by unpublished per curiam opinion.